THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BARGEY, Appellant.— Judgment of conviction affirmed under section 542 of the Code of Criminal Procedure. Held, that the verdict of the jury

is not against the weight of the evidence and the only other points raised are that the defendant was not fairly tried and criticism of the cross-examination by the district attorney. The court holds that none of these were so prejudicial as to require a new trial. All concurred.